# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEON WEBSTER HIGGINS,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>   Defendant. | Case No. CIV-10-312-RAW |

## JUDGMENT

  By Order entered this date, this court ordered that this matter be reversed and remanded. It is therefore ORDERED, ADJUDGED and DECREED that the Defendant's decision is hereby **REVERSED** and this case is hereby **REMANDED** for further proceedings pursuant to the fourth sentence of 42 U.S.C. §405(g).

  IT IS SO ORDERED this 30th day of September, 2011.

**Dated this 30th day of September, 2011.**

                  _____
                  Ronald A. White
                  United States District Judge
                  Eastern District of Oklahoma